891 F.2d 290
 Duvoisin (Thomas E.), Plan and Creditors Liquidation Trust
Southern Industrial Banking Corporation
v.
Kennerly, Montgomery, Howard & Finley, Kennerly (W.W.),
Howard (Lewis S.), Finley (Robert A.), Ridge (C.A., Jr.),
Gaylo (L. Anderson, III), Lowe (Darryl G.), Cravens (Thomas
C., III), Taylor (Alexander M.), Tallent (Jack M., II),
Thomas (G. Wendell, Jr.), Montgomery (Mary C.), Executrix of
Montgomery (George D.)
 NOS. 88-6217, 88-6218 and 88-6219
 United States Court of Appeals,
Sixth Circuit.
 DEC 11, 1989
 
 1
 Appeal From: E.D.Tenn.
 
 
 2
 APPEAL DISMISSED.